# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ZANE M. FLOYD,

    Petitioner,

vs.

E.K. McDANIEL, et al.,

    Respondents.

2:06-CV-00471-PMP-LRL

**ORDER**

**IT IS ORDERED that** Petitioner Zane Floyd's Second Motion for Extension of Time to File Amended Petition for Writ of Habeas Corpus (Doc. #64) filed May 29, 2011, is **GRANTED** and that Petitioner Floyd shall to and including June 13, 2011 within which to file his Amended Petition.

**IT IS FURTHER ORDERED that** no additional extension of time shall be granted.

DATED:  May 23, 2011.

_____
PHILIP M. PRO
United States District Judge