## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ZANE FLOYD,

     Petitioner,                   2:06-cv-0471-PMP-CWH

vs.                            **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,            September 14, 2011

     Respondents.

_____/

PRESENT:
THE HONORABLE  \_\_\_\_PHILIP M. PRO\_\_\_\_**,** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: \_\_DENNIS M. FARIAS\_\_\_\_     REPORTER: \_\_NONE APPEARING\_\_\_\_

COUNSEL FOR PETITIONER: \_\_NONE APPEARING_____

COUNSEL FOR RESPONDENTS: \_\_NONE APPEARING_____

MINUTE ORDER IN CHAMBERS: \_\_XXX\_\_\_

     In this capital habeas corpus action, the respondents have filed a motion (docket #76) stating that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker is substituted for her predecessor, E.K. McDaniel, as the respondent warden.

     Additionally, the court is informed that the Attorney General of the State of Nevada is Catherine Cortez Masto. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Catherine Cortez Masto is substituted for George Chanos as the respondent attorney general.

     **IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Respondent (docket #76) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden; shall substitute Catherine Cortez Masto for George Chanos, on the docket, as the respondent attorney general; and shall update the caption of the action to reflect these changes.

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk