# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZANE FLOYD,

    Petitioner,   2:06-cv-0471-PMP-CWH

vs.   **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,   March 18, 2014

    Respondents.

_____/

PRESENT:
THE HONORABLE   **PHILIP M. PRO**,   UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY       REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

    Respondents, through counsel, have filed a motion to file their opposition to petitioner's motion for evidentiary after the deadline. ECF No. 139. The court finds that the motion for is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents to the court that opposing counsel does not oppose the motion..

    **IT IS THEREFORE ORDERED** that respondents' motion for late filing (ECF No. 139) is **GRANTED** *nunc pro tunc* as of March 17, 2014.

    **IT IS FURTHER ORDERED** that, in all other respects, the scheduling of this matter is governed by the order entered on March 22, 2011 (ECF No. 61).

    LANCE S. WILSON, CLERK

    By:   /s/ James R. Barkley
        Deputy Clerk