# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| ZANE FLOYD, | Case No. 2:06-cv-00471-RFB-CWH |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, this Court denied the habeas petition of Zane Floyd in 2014 (ECF Nos. 145, 146, 163, 164), and the Ninth Circuit Court of Appeals affirmed on October 11, 2019 (ECF No. 179) and issued its mandate on November 5, 2020 (ECF No. 180).

On April 15, 2021, the petitioner, Zane Floyd, represented by appointed counsel, filed a Motion for Relief from Judgment (ECF No. 183) and a Motion for Leave to Supplement Petition (ECF No. 185). The respondents filed responses to those motions on April 29, 2021 (ECF Nos. 192, 193). Floyd was then due to file replies to Respondents' responses by May 6, 2021. See LR 7-2(b) (seven days for replies).

On May 5, 2021, Floyd filed a motion for extension of time (ECF No. 194), requesting a 5-day extension of time, to May 11, 2021, to file replies in support of his motions. Floyd's counsel states that the extension of time is necessary because of his obligations in other cases, including Floyd's action brought under 42 U.S.C. § 1983. Floyd's counsel states that Respondents' counsel does not object to the extension of time.

1

The Court finds that Floyd's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 194) is **GRANTED**. Petitioner will have until and including May 11, 2021, to file replies in support of his Motion for Relief from Judgment (ECF No. 183) and his Motion for Leave to Supplement Petition (ECF No. 185).

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court is directed to substitute William Gittere for Renee Baker as the respondent warden, and Aaron Ford for Adam Paul Laxalt as the respondent Attorney General of the State of Nevada, and the Clerk of the Court is directed to update the docket to reflect those changes.

DATED THIS 6th day of May, 2021.

_____
RICHARD F. BOULWARE,
UNITED STATES DISTRICT JUDGE